In the Matter of the Probate of the Will of GULIAN V. SMITH, Deceased. RICHARD G. SMITH et al., Respondents; EDNA SMITH, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.